1  RONALD WILCOX, Bar No. 176601
   1900 The Alameda Ste., 530
2  San Jose, CA 95126
   Tel: 408-296-0400
3  Fax: 408-296-0486
   ronaldwilcox@gmail.com
4
   IVAN LOPEZ VENTURA, Bar No. 255743
5  5155 West Rosecrans Avenue Ste., 224
   Hawthorne, CA 90250
6  Tel:  714-788-4804
   Fax:  949- 266-8230
7  lopezesq@gmail.com

8  Counsel for the Plaintiffs
   MARTINA URIBE
9  JUAN URIBE FERNANDEZ
   MARIBEL URIBE
10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13                      (SAN DIEGO DIVISION)

14  MARTINA URIBE                 )   Case No.: 15-CV-1268-AJN-RBB
    JUAN URIBE FERNANDEZ          )
15  MARIBEL URIBE                 )
                                  )
16                                )
            Plaintiff,            )
17                                )   **STIPULATION TO TRANSFER**
         v.                       )   **CASE**
18                                )
    21st MORTGAGE CORPORATION;    )
19  DOES 1 THROUGH 10             )
                                  )
20                                )
                                  )
21                                )
            Defendants.           )
22  _____)

23

24

25

STIPULATION TO TRANSFER CASE

1

## STIPULATION

WHEREAS, on July 2, 2015, Defendant 21st Mortgage Corporation was served with Plaintiffs' complaint;

WHEREAS Defendant contends that this matter should have been filed in the Central District of California as the Plaintiffs reside there, and the facts that give rise to the causes of action occurred there;

WHEREAS this Court has the power to transfer this case to the Central District of California pursuant to 28 U.S.C. § 1404(a). *Gonzalez v. Heritage Pac. Fin., LLC*, 2012 U.S. Dist. LEXIS 27315 (E.D. Cal. Feb. 29, 2012); and

WHEREAS Martina Uribe, Juan Uribe Fernandez, Maribel Uribe, and 21st Mortgage Corporation, through their counsel, hereby stipulate to the transfer of this case and request that this Court transfer this matter to the Central District of California, Western Division.

**IT IS SO STIPULATED.**

Dated: 7/21/15

RONALD WILCOX

*[signature]*

Attorney for Plaintiffs

Dated: July 21, 2015

ALPERT, BARR & GRANT, A Professional Law Corporation
MARK S. BLACKMAN

*[signature: Mark S Blackman]*

Attorney for Defendant

STIPULATION TO TRANSFER CASE