RONALD WILCOX, Bar No. 176601
1900 The Alameda Ste., 530
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486
ronaldwilcox@gmail.com

IVAN LOPEZ VENTURA, Bar No. 255743
5155 West Rosecrans Avenue Ste., 224
Hawthorne, CA 90250
Tel: 714-788-4804
Fax: 949- 266-8230
lopezesq@gmail.com

Counsel for the Plaintiffs
MARTINA URIBE
JUAN URIBE FERNANDEZ
MARIBEL URIBE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

# (SAN DIEGO DIVISION)

| | |
|---|---|
| MARTINA URIBE<br>JUAN URIBE FERNANDEZ<br>MARIBEL URIBE<br><br>Plaintiff,<br><br>v.<br><br>21st MORTGAGE CORPORATION;<br>DOES 1 THROUGH 10<br><br><br><br>Defendants. | Case No.: 15-CV-1268-AJN-RBB<br><br><br><br>**CERTIFICATE OF SERVICE FOR JOINT MOTION TO TRANSFER PURSUANT TO 28 U.S.C § 1404(a)** |

CERTIFICATE OF SERVICE

1

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of Santa Clara. I am over the age of 18 years and not a party to the within entitled action. My business address is 1900 The Alameda, Suite 530, San Jose, California 95126. On July 30, 2015, I served a true and correct copy of the *Joint Motion to Transfer Pursuant to 28 U.S.C. § 1404(a)* via U.S. Mail, enclosed in a sealed envelope with proper postage prepaid, to the following:

Mark S. Blackman
Alpert Barr & Grant
Encino Office Park 1
6345 Balboa Boulevard
Suite 1-300
Encino, California 91316
(Attorney for Defendant 21st Mortgage Corporation)

/s/ Ronald Wilcox
Ronald Wilcox